UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JAMES KARO,

                Petitioner,

  -against-

B. TRAVIS,

                Respondent.
----------------------------------------------------------------X

JUDGMENT
08-CV- 0796 (JG)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ SEP 1 6 2008 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 12, 2008, dismissing petitioner's petition for a writ habeas of corpus; and ordering that a Certificate of Appealability shall not issue; it is

    ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus is dismissed; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
       September 15, 2008
               16

ROBERT S. HEINEMANN
Clerk of Court

By  s/Terry Vaughn
      Chief Deputy